IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT CHARLES HOPES, Jr.,**

    Plaintiff,

v.

**LT. MASH, C/O LEWIS, WEEKS and W. BOAZ,**

    Defendants.                      Case No. 08-cv-713-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This action is before the Court Report and Recommendation ("R&R") (Doc. 75), issued by United States Magistrate Judge Philip M. Frazier.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court entered on August 31, 2010 by Chief Judge David R. Herndon, judgment is entered in favor of the defendants, **LT. MASH, C/O WEEKS AND C/O W. BOAZ** and against the plaintiff, **ROBERT CHARLES HOPES, JR.**

    **IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of the Court entered on August 31, 2010 by Chief Judge David R. Herndon, judgment is entered in favor of defendant**, C/O LEWIS** and against the plaintiff, **ROBERT CHARLES HOPES, JR.,** and this case is dismissed against that defendant for want of prosecution.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT


                                    **BY:**      /s/*Sandy Pannier*
                                                    **Deputy Clerk**

Dated: August 31, 2010


APPROVED: /s/   *David R Herndon*
                 CHIEF JUDGE
                 U. S. DISTRICT COURT