IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT CHARLES HOPES, Jr.,**

    **Plaintiff,**

v.

**LT. MASH, et al.,**

    **Defendants.**                                  Case No. 08-cv-713-DRH

### ORDER

**HERNDON, Chief Judge:**

        Before the Court is Plaintiff's Ex Parte Motion for Out-of-Pocket Expenses (Doc. 26). Because the Court finds the content of such Motion and attachments not to be of an ex parte or even a sealed nature, it hereby **STRIKES** said Motion (Doc. 26) and hereby **ALLOWS** Defendant to re-file it, unsealed.

        **IT IS SO ORDERED**.

        Signed this 3rd day of November, 2010.

David R. Herndon
2010.11.03 17:01:08
-05'00'

**Chief Judge**
**United States District Court**